# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MELAW ASNAKECH FETRET,

    *Petitioner,*

vs.

UNITED STATES DEPARTMENT OF JUSTICE EXECUTIVE OFFICE FOR IMMIGRATION REVIEW,

    Respondent.

2:06-cv-0652-RLH-PAL

ORDER

    This immigration habeas matter under 28 U.S.C. § 2241 was transferred to the Ninth Circuit Court of Appeals on July 5, 2006 and has been assigned Case Number 06-73525. In light of that fact, this court no longer has jurisdiction over the matter and petitioner's motion for Order to Show Cause (docket #11) must be submitted for consideration to the Court of Appeals.

    **IT IS THEREFORE ORDERED** that the Clerk shall forward a copy of the motion to the Clerk of the Court for the Ninth Circuit Court of Appeals for filing in Case Number 06-73525.

    **IT IS FURTHER ORDERED** that no further action will be taken by the court in this matter.

    Dated this ___11th___ day of September, 2006.

    _____
    UNITED STATES DISTRICT JUDGE